# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

Mohamedou Ould Salahi,     )
                                   )

          Petitioner,     )
                                   )

             v.     )     Civil Action No. 05-CV-0569 (RCL)
                                   )

Barack Obama, President of     )
the United States of America, et al.     )

                                   )
          Respondents.     )
                                   )

**FILED**

**NOV - 1 2012**

Clerk, U.S. District and
Bankruptcy Courts

## [PROPOSED] ORDER GRANTING RESPONDENTS' <u>UNOPPOSED</u> MOTION FOR AN EXTENSION OF TIME TO FILE THEIR <u>EX PARTE</u> SUPPLEMENT TO THEIR RESPONSE AND OPPOSITION TO PETITIONER'S DISCOVERY MOTION

For the reasons set forth in Respondents' Unopposed Motion for an Extension of Time to

File an <u>Ex Parte</u> Supplement to their Opposition to Petitioner's Discovery Motion, this Court

orders that the new deadline for Respondents to file that <u>ex parte</u> supplement is November 13,

2012.

**AND IT IS SO ORDERED.**

October 30, 2012

Royce C. Lamberth
United States District Judge